IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHARD JOHN TAKES THE HORSE, SR., and LUCRETIA TAKES THE HORSE, individually and as Co-Personal Representative of the ESTATE OF RICHARD JOHN TAKES THE HORSE, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA and UNKNOWN JOHN DOES, <br><br> Defendants. | CV 24-43-BLG-SPW-TJC <br><br> ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 29th day of May 2025.

SUSAN P. WATTERS
United States District Judge